UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )
  v. ) No. 22 CR 183-1
 ) Judge Jorge L. Alonso
STEPHANIE FAGAIRO. )

### STEPHANIE FAGAIRO'S UNOPPOSED MOTION TO VACATE AND CONTINUE TRIAL DATE

Defendant, STEPHANIE FAGAIRO, ("Ms. Fagairo") respectfully moves this Court, unopposed, to enter an order vacating and continuing the pending trial date of December 5, 2022 in this matter. In support of her motion, Ms. Fagairo states as follows:

1. Ms. Fagairo is charged by way of an indictment filed on March 29, 2022, alleging twelve counts which include conspiracy to prepare false tax documents, and preparing false tax documents in violation of 18 U.S.C. §371, and 26 U.S.C.§7206(2).

2. On June 8, 2022, while Ms. Fagairo was represented by her previous counsel, the Court set this matter for trial on December 5, 2022. (R. 24). Since then, previous counsel withdrew his appearance and her present undersigned counsel was recently appointed as substitute counsel pursuant to the Criminal Justice Act on behalf of Ms. Fagairo.

3. There is voluminous discovery in this matter, including supplemental discovery received this week. Present counsel believes that it is necessary that the present trial date be continued and revisited with the Court at a later date in order to provide Ms. Fagairo with a proper and adequate defense in this case. Accordingly, Ms.

1

Fagairo respectfully requests that the trial date be vacated and continued to a date to be determined later as these proceedings progress. This request is not made in order to unnecessarily delay these proceedings, but to ensure defendant her rights to an adequate defense

4.     Defense counsel has conferred with the government and is advised that the government does not oppose this motion.

WHEREFORE, Ms. Fagairo respectfully requests that this Court enter an order vacating and continuing the pending trial date in this matter presently set for December 5, 2022, and for any other relief that this Court deems necessary and proper.

Respectfully submitted,
STEPHANIE FAGAIRO

By:     /s/  Nicholas G. Grapsas
Her Attorney

Nicholas G. Grapsas
NICHOLAS G. GRAPSAS, LTD.
1630 Colonial Parkway, 2d Floor
Inverness, IL  60067
(847) 963-0100
nick@grapsaslaw.com

## CERTIFICATE OF SERVICE

I certify that on August 25, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District, Eastern Division, by using the Clerk of Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Nicholas G. Grapsas
NICHOLAS G. GRAPSAS