UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

STEPHANIE FAGAIRO

No. 22 CR 183

Judge Jorge L. Alonso

## UNOPPOSED MOTION TO VACATE HEARING

The United States moves to vacate the evidentiary hearing scheduled in this case on May 28, 2024 due to Defendant Stephanie Fagairo's flight from prosecution. Holly Blaine, Counsel for Fagairo, does not oppose this motion.

Fagairo was indicted on March 29, 2022. Dkt. No. 1. The indictment charges her with one count of conspiring to defraud the United States, in violation of 18 U.S.C. § 371, and eleven counts of aiding or assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2). *Id.* After a period of detention, Fagairo was released on September 1, 2022. Dkt. No. 40. Her conditions of release included the monitoring of her location by GPS. Dkt. No. 41.

On March 26, 2024, Fagairo failed to appear for an in-person status hearing. Dkt. No. 68. During that hearing, the Court scheduled an evidentiary hearing to determine Fagairo's competency to stand trial, pursuant to 18 U.S.C. § 4241. *Id.* On March 27, 2024, the Court issued a bench warrant for Fagairo's arrest, commanding law enforcement to "transport [Fagairo] to a local hospital and complete a mental health evaluation." Dkt. Nos., 69, 70. To date, Fagairo has not been apprehended.

On March 27, 2024, pretrial services notified the attorneys for the United States that Fagairo had removed her GPS monitor and was believed to be attempting to flee prosecution. The United States has since received evidence that Fagairo fled the United States using a false identity and counterfeit travel documents, but her exact whereabouts are currently unknown.

The law requires that Fagairo be present at her competency hearing. 18 U.S.C. § 4247(d) ("The person shall be afforded an opportunity to testify, to present evidence, to subpoena witnesses on his behalf, and *to confront and cross-examine witnesses who appear at the hearing*."); *see also United States v. Hamilton*, 107 F.3d 499, 503 (7th Cir. 1997) (Regardless of whether the confrontation clause applies to competency hearings, "the right to confront witnesses at a competency hearing specifically arises under 18 U.S.C. § 4247(d)."). Moreover, her flight from prosecution obviously make it impossible to conduct her court-ordered medical evaluation or any additional competency evaluation that the United States may request.

For these reasons, the United States respectfully requests that the Court vacate the evidentiary hearing scheduled for May 28, 2024, and set a date for a status hearing in approximately 60 days.

[signature page follows]

Dated: May 21, 2024

Respectfully submitted,
STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
United States Department of Justice, Tax Division

By: _____/s/_____
ANDREW J. KAMEROS
BORIS BOURGET
Trial Attorneys
U.S. Department of Justice, Tax Division
(202) 616-8684 (Kameros)
(202) 307-2182 (Bourget)
andrew.j.kameros@usdoj.gov
boris.bourget@usdoj.gov